UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24726-CIV-JLK

ALEJANDRO REQUEIRO SEGUIN, )
JONATHAN EDMOND FRAGA, and all )
others similarly situated under 29 U.S.C. )
216(b), )
　)
　　　　Plaintiff, )
　　vs. )
　)
BEL CO. LLC d/b/a WINDOW GANG )
MIAMI, )
JOSE MANUEL BELSOL, )
　)
　　　　Defendants. )
_____ )

## PLAINTIFFS' STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**ALEJANDRO REQUEIRO SEGUIN'S CLAIM:**

**Federal Half-time Overtime Claim (12/15/14-12/22/15):**
Amount of half time per hour not compensated: $5
Weeks: 52 (53 less final week)
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $2,080 X 2 = $4,160

**Federal Time and One-half Overtime Claim:**
Amount of time and one half time per hour not compensated: $10.87 (based on Fed. MW)
Weeks: 1
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $86.96 X 2 = $173.92

**Federal Minimum Wage Claim:**
Amount of minimum wage per hour not compensated: $7.25
Weeks: 1
Hours per week: 40
Total wages unpaid and liquidated damages: $290 X 2 = $580

**Total Federal OT/MW Claim: $4,913.92**

**JONATHAN EDMOND FRAGA:**

**Federal Half-time Overtime Claim (12/1/14-12/12/15):**
Amount of half time per hour not compensated: $5
Weeks: 52 (53 less final week)
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $2,080 X 2 = $4,160

**Federal Time and One-half Overtime Claim:**
Amount of time and one half time per hour not compensated: $10.87 (based on Fed. MW)
Weeks: 1
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $86.96 X 2 = $173.92

**Federal Minimum Wage Claim:**
Amount of minimum wage per hour not compensated: $7.25
Weeks: 1
Hours per week: 40
Total wages unpaid and liquidated damages: $290 X 2 = $580

**Total Federal OT/MW Claim: $4,913.92**

Fees/costs:
J.H. Zidell, Esq.: 1.5 hours X 390 hr = $585
K. David Kelly, Esq.: .1.2 hours X 350 hr = $420
Rivkah Jaff, Esq.: .5 hours X 225 hr = $112.50
Costs: $530

**Plaintiffs seek all fees and costs under the FLSA.

                           **Respectfully submitted,**

                           **K. DAVID KELLY, ESQ.**
                           **J.H. ZIDELL, P.A.**
                           **ATTORNEY FOR PLAINTIFF**
                           **300 71ST STREET, #605**
                           **MIAMI BEACH, FLA. 33141**
                           **PH: 305-865-6766**
                           **FAX: 305-865-7167**
                           **EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
                           **F.B.N. 0123870**
         **BY:____/s/ K. David Kelly_____**
                           **K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 1/12/16 TO:

ALL CM/ECF RECIPIENTS

BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.