UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:15-24726-JLK

ALEJANDRO REQUEIRO SEGUIN,
JONATHAN EDMOND FRAGA, and all
others similarly situated under 29 U.S.C.
216(b),

        Plaintiff,

vs.

BEL CO, LLC d/b/a WINDOW GANG
MIAMI,
JOSE MANUEL BELSOL,

        Defendants.
_____

**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM**

Defendants Bel Co, LLC ("Bel Co") and Jose Manuel Belsol ("Belsol") (collectively "Defendants"), hereby respond to the Statement of Claim filed by Plaintiffs Alejanrdo Requiero Seguin ("Seguin") and Jonathan Edmond Fraga ("Fraga") (collectively "Plaintiffs") in the above-entitled matter and state as follows:

1. Contrary to Plaintiffs' Statement of Claim, Defendants:

   • Deny that Plaintiffs were employed by Defendants during the entirety of what they claim to be the relevant time period;

   • Deny that Plaintiffs worked an average of 8 overtime hours per week; and

   • Deny that Defendants owe Plaintiffs for any unpaid wages, particularly in that even if Plaintiffs worked over 40 hours per week during any workweek, Plaintiffs were at all time exempt from the overtime provisions of the FLSA pursuant to Section 7(i).

#4857464 v1

2. Defendants further deny that any alleged violation of the Fair Labor Standards Act occurred, let alone that any such violation was willful.

3. Plaintiffs are not entitled to any relief from Defendants.

4. In this response, Defendants reincorporate the affirmative defenses in its Answer and Affirmative Defenses [D.E. 11] and certify that documents which support it defenses have been provided to Plaintiffs' counsel.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
*Attorneys for Defendants*
Suite 2200 - Museum Tower
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3200
Facsimile:   (305) 789-3395

By:  s/ BAYARDO E. ALEMAN
       BAYARDO E. ALEMAN
       Fla. Bar No.28791
       baleman@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2016 the foregoing document was served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ BAYARDO E. ALEMAN
       BAYARDO E. ALEMAN

#4857464 v1

## SERVICE LIST

J.H. Zidell, Esq.
Fla. Bar No.: 0010121
ZABOGADO@AOL.COM
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida  33141
Tel: (305) 865-6766
Fax: (305) 865-7167

*Attorney for Plaintiff*