UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   15-24726-CV-KING/TORRES

ALEJANDRO REQUEIRO SEGUIN,
and JONATHAN EDMOND FRAGA,

    Plaintiffs,
v.

BEL CO. LLC, and
JOSE MANUEL BELSOL,

    Defendants.
_____/

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by **Senior U.S. District Judge James Lawrence King**, (D.E. #8), a settlement conference in this matter is scheduled before **United States Magistrate Judge Edwin G. Torres** at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom 5, Miami, FL 33132, on **Thursday, April 7, 2016 at 1:30 p.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

**DONE** in Miami, Florida, this   30th   day of March 2016.

                                            STEVEN M. LARIMORE
                                            CLERK OF COURT

                                            Maedon Clark
                                            Deputy Clerk

---

[1] The attorneys for both parties are advised to instruct their clients that **NO CELL PHONES** may be brought into the Courthouse by non-attorneys and that they are REQUIRED to bring **PHOTO IDENTIFICATION**.