UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:15-24726-JLK

ALEJANDRO REQUEIRO SEGUIN,
JONATHAN EDMOND FRAGA, and all
others similarly situated under 29 U.S.C.
216(b),

        Plaintiff,

vs.

BEL CO, LLC d/b/a WINDOW GANG
MIAMI,
JOSE MANUEL BELSOL,

        Defendants.
_____

## JOINT SCHEDULING REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1 of the Local Rules of the United States District Court of the Southern District of Florida, and this Court's Order dated January 12, 2016, the parties hereby submit their Joint Scheduling Report.

    **I.**    **CONFERENCE REPORT**

    1.    *Case management track.*  On February 16, 2016, the Court entered an Order Setting Trial, Pre-Trial, Discovery, and Motion Deadlines ("Scheduling Order"). [DE12].  The parties will comply with the Scheduling Order.

    2.    *The likelihood of settlement.*  On April 7, 2016, the Parties attended a Settlement Conference before the Honorable Magistrate Judge Edwin G. Torres and the Settlement Conference was adjourned. [DE19]. The parties have discussed and will continue to discuss the issue of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5).  At this time, however, it is unknown whether settlement is likely.

    3.    *The likelihood of appearance in the action of additional parties*.  On April 15, 2016, the Court entered an Order Granting Plaintiffs' Motion for Leave to File and Serve a First Amended Complaint Adding Party-Plaintiffs Maykel Loro Brito and Amado Reinel Calero Macias.  Plaintiff intends to fully utilize the FLSA opt-in process, and will seek leave to amend

or certify if applicable. Defendants do not think it is likely that additional parties will appear in this action.

4. *Proposed limits on time:*

a. *To join other parties and to amend the pleadings.* The parties propose **June 29, 2016,** as the deadline to join additional parties and to amend pleadings.

b. *To file and hear motions.* The Scheduling Order has set April 3, 2017 as the deadline for filing all motions, including motions in limine.

5. *Proposals for the formulation and simplification of issues, avoidance of unnecessary proof and suggestions for avoidance of unnecessary proof and cumulative evidence.* The parties do not presently have any proposals for the formulation and simplification of issues but will aggressively endeavor to eliminate unnecessary evidentiary issues, including issues regarding the authenticity of documents, prior to trial and without the necessity of motions in limine or the need for advance rulings from the Court on the admissibility of evidence.

6. *Necessity and desirability of amendments to the pleadings.* On April 15, 2016, the Court entered an Order Granting Plaintiffs' Motion for Leave to File and Serve a First Amended Complaint Adding Party-Plaintiffs Maykel Loro Brito and Amado Reinel Calero Macias. Plaintiff intends to fully utilize the FLSA opt-in process, and will seek leave to amend or certify if applicable. Defendants do not think it is likely there will be any other amendments to the pleadings.

7. *The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.* The parties agree to work together in good faith to reach stipulations regarding uncontested facts and the authenticity of documents.

8. *Suggestions for the avoidance of unnecessary proof and of cumulative evidence.* At this time, the parties do not have any suggestions to the Court for the avoidance of unnecessary proof and cumulative evidence, but will endeavor to streamline the litigation.

9. *Suggestions on the advisability of referring matters to a Magistrate Judge or master.* The parties believe any discovery or other pretrial motions (except dispositive motions,

motions for injunctive relief, and motions in limine) are, at the Court's discretion, appropriately referred for disposition to a United States Magistrate Judge and consent to such reference.[1]

10. *A preliminary estimate of the time required for trial.*  The parties presently estimate that this case will require two (2) to four (4) days for trial.

11. *Requested date or dates for conferences before trial, a final pretrial conference, and trial.*  The Scheduling Order has set trial during the two-week calendar commencing August 7, 2017 and references a Pre-Trial Conference to be conducted by the Court.

12. *Any other information that might be helpful to the Court in setting the case for status or pretrial conference.*  None at this time.

II. **DISCOVERY PLAN**

13. Disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be completed on **July 20, 2016.**

14. The Scheduling Order has set the deadline for conducting discovery as March 29, 2017.  [DE12].

Respectfully submitted,

| | |
|---|---|
| J.H. ZIDELL, P.A. | STEARNS WEAVER MILLER WEISSLER |
| *Attorney for Plaintiff* | ALHADEFF & SITTERSON, P.A. |
| 300 71st Street, Suite 605 | *Attorneys for Defendants* |
| Miami Beach, Florida 33141 | Suite 2200 - Museum Tower |
| Telephone: (305) 865-6766 | 150 West Flagler Street |
| Facsimile: (305) 865-7167 | Miami, Florida 33130 |
| | Telephone: (305) 789-3200 |
| | Facsimile: (305) 789-3395 |
| By: s/ Rivkah F. Jaff | By: s/ Bayardo E. Aleman |
| Rivkah F. Jaff, Esq. | Bayardo E. Aleman |
| Fla. Bar No.: 107511 | Fla. Bar No.28791 |
| Rivkah.Jaff@gmail.com | baleman@stearnsweaver.com |

---

[1] On March 31, 2016, the parties filed an Election to Jurisdiction by a United States Magistrate Judge for All Matters Including Trial form that incorrectly stated the parties do not consent to the Magistrate Judge for non-dispositive motions. [DE16].